# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN WARSHAW,

    Plaintiff,

v.

CONCENTRA HEALTH SERVICES, et al.,

    Defendants.

CIVIL ACTION

No. 07-1994



FILED
JUN 1 4 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 14 day of June, 2010, for the reasons discussed in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) Defendant TEKsystems, Inc.'s Motion for Summary Judgment (Docket No. 60) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to (a) Counts I and IV of the First Amended Complaint, and (b) Counts II and V, insofar as those counts rest on the failure of TEKsystems, Inc. to rehire plaintiff in positions for which he did not formally apply. The motion is otherwise denied;

(2) Defendant Allegis Group Inc.'s Motion for Summary Judgment (Docket No. 60) is **GRANTED**;

(3) Plaintiff's Motion for Partial Summary Judgment (Docket No. 58) is **DENIED**; and

(4) Defendant Concentra Health Services's Motion for Summary Judgment (Docket No. 57) is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.